# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **ANTONE YOUNGBLOOD** | **CASE NO. 3:10-CV-00540** |
| Plaintiff, | JUDGE JAMES G. CARR |
| v. | **NOTICE OF APPEARANCE** |
| **BRIAN BROWN, ET. AL.** | |
| Defendants. | |

Charles R. Hall, Jr. appears for the Plaintiff, Antone Youngblood, in the above-entitled action, and hereby requests that copies of all papers in this action be served on him at his office:

> 193 South Washington Street
> Tiffin, Ohio 44883

Respectfully submitted,

/s/ Charles R. Hall, Jr.
Charles R. Hall, Jr., #0075925
Attorney-at-Law
193 South Washington Street
Tiffin, Ohio 44883
Ph: (419) 443-9711
Fax: (419) 443-9712
Counsel for Plaintiff
Antone Youngblood

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was duly served upon the following by regular U. S. Mail, this 17th day of May 2010 to Brian Brown, c/o ODYS, 51 N. High Street, Columbus, Ohio 43215, Adam Warmath, c/o ODYS, 51 N. High Street, Columbus, Ohio 43215, Larry Gilchrist, c/o ODYS, 51 N. High Street, Columbus, Ohio 43215, Edward Dudley, c/o ODYS, 51 N. High Street, Columbus, Ohio 43215, Brook Lower, c/o ODYS, 51 N. High Street, Columbus, Ohio 43215, Jonathon Lowe, c/o ODYS, 51 N. High Street, Columbus, Ohio 43215, Stephanie Groff, c/o ODYS, 51 N. High Street, Columbus, Ohio 43215, Randolph Bennett, c/o ODYS, 51 N. High Street, Columbus, Ohio 43215, Larry Smith, c/o ODYS, 51 N. High Street,

Columbus, Ohio 43215, Timothy Shenefield, c/o ODYS, 51 N. High Street, Columbus, Ohio 43215, Edward Schambs, c/o ODYS, 51 N. High Street, Columbus, Ohio 43215, and Clifton Chapman, c/o ODYS, 51 N. High Street, Columbus, Ohio 43215,

/s/ Charles R. Hall, Jr.
Charles R. Hall, Jr., #0075925
Counsel for Plaintiff
Antone Youngblood